# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHNNY L. VARNER

       v.

WASHINGTON STATE PENITENTIARY, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5515BHS/JKA

     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter should be transferred to the United States District Court for the Eastern District of Washington, as plaintiff has filed this matter in the wrong district.

| October 9, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |